# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 04383 |
| Roderick Hinton, ) | |
| ) | HON. LaShonda A. Hunt |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on April 29, 2019, at 9:30 a.m. I shall appear before the Honorable LaShonda A. Hunt in Courtroom 719 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on March 25, 2019.

/s/ *Aaron Weinberg*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-04383<br>Northern District of Illinois<br>Eastern Division<br>Mon Mar 25 08:23:33 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AFNI, INC.<br>PO BOX 3427<br>BLOOMINGTON, IL 61702-3427 |
| ALLIED COLLECTION SERV<br>3080 S DURANGO DR STE 20<br>LAS VEGAS, NV 89117-9193 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | CHASE<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago, IL 60602-1232 |
| DIVERSIFIED<br>POB 551268<br>JACKSONVILLE, FL 32255-1268 | FLAGSHIP CREDIT ACCEPT<br>3 CHRISTY DR STE 201<br>CHADDS FORD, PA 19317-9670 | Flagship Credit Acceptance<br>P.O. Box 3807<br>Coppell, TX 75019-5877 |
| I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | Mrs. Henderson<br>427 W 60th St<br>Chicago, Illinois 60621-3338 | Nanyamka Hinton<br>427 W 60th St<br>2nd Floor<br>Chicago, Illinois 60621-3338 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | TOYOTA MOTOR CREDIT<br>1111 W 22ND ST STE 420<br>OAK BROOK, IL 60523-1959 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Charles R Bonini<br>The Semrad Law Firm, LLC<br>20 S. Clark St. 28th Floor<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Roderick Hinton<br>427 W 60th St<br>Chicago, IL 60621-3338 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
Sprint Corp. Attn: Bankruptcy Dept
P.O Box 7949
Overland park, KS 66207

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Flagship Credit Acceptance, LLC          (u)Toyota Motor Credit Corporation          End of Label Matrix
                                                                                        Mailable recipients   22
                                                                                        Bypassed recipients    2
                                                                                        Total                 24

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 04383 |
| Roderick Hinton, ) | |
| ) | HON. LaShonda A. Hunt |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Roderick Hinton, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On February 12, 2016, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On May 4, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $500.00 monthly for 36 months.

5. Debtor was off work and was only receiving partial income from his accrued sick days. Debtor had a hernia surgery in January 2019 and returned to work at the end of February 2019. Due to the lapse in income, Debtor accrued a default in plan payments.

6. Debtor is now in a position to make regular and ongoing trustee payments. Debtor's payroll deductions are back in effect.

7. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Aaron Weinberg*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625